EDWARD GARVEY, Respondent, v. OLDBURY ELECTRO-
    CHEMICAL COMPANY, Appellant.

*Garvey* v. *Oldbury Electro-Chemical Co.*, 149 App. Div. 931,
affirmed.
    (Argued January 21, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered March 13, 1912, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover a
balance alleged to be due under a contract of employment.

*Harold Sturges Rankine* and *Maulsby Kimball,* for
appellant.

*Walter S. Jenkins, S. Wallace Dempsey* and *Joseph V.
Seaver* for respondent.

Judgment affirmed, with costs; no opinion.
    Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE,
COLLIN,    HOGAN    and   MILLER,    JJ.    Not    voting:
CUDDEBACK, J.

HOME TRUST COMPANY OF NEW YORK, Respondent, v.
    GEORGIA L. COLLINS et al., Defendants, and ORLANDO
    S. RICHARDS et al., Appellants.

*Home Trust Co. of N. Y.* v. *Collins*, 149 App. Div. 959, affirmed.
    (Argued January 21, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered March 22, 1912, affirming a judgment in favor of
plaintiff entered upon a decision of the court on trial at
Special Term in an action to foreclose a mortgage upon
real property.

*John T. Delaney* and *Harry Wilber* for appellants.

*John H. Corwin* for respondent.

Judgment affirmed, with costs; no opinion.
    Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE,
COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.